Opinion filed June 27, 2024



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00175-CR

_____

## JACOB FLOYD SHELTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 17380**

## M E M O R A N D U M   O P I N I O N

Appellant, Jacob Floyd Shelton, entered an open plea of guilty to the offense of failing to comply with sex offender registration requirements, a third-degree felony. *See* TEX. CODE CRIM. PROC. ANN. art. 62.102 (West 2018). The trial court accepted Appellant's plea, found him guilty, and recessed for a later punishment and sentencing hearing. At the hearing, the State called six witnesses, and offered Appellant's police interview and prior judgment of conviction. Appellant's father and a friend of Appellant testified on his behalf. The trial court assessed his

punishment at confinement for five years in the Correctional Institutions Division of the Texas Department of Criminal Justice and a $1,500 fine.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of both the clerk's record and the reporter's record. Counsel also advised Appellant of his right to review the record and file a response to counsel's brief, and of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. As such, court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit.[1]

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

JOHN M. BAILEY
CHIEF JUSTICE

June 27, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.

2